UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JIMMY TAYLOR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No.   4:09CV649 HEA |
| | ) | |
| DON ROPER, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

This matter is before the Court on petitioner's motion to proceed in forma pauperis.

Upon consideration of the financial affidavit, the Court has determined that petitioner is unable to

afford to pay the filing fee.  Consequently, the Court will grant the motion.  *See* 28 U.S.C.

§ 1915.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion to proceed in forma pauperis is

**GRANTED**.

Dated this 30th day of April, 2009.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE